UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICE BARNAR,<br><br>      Plaintiff,<br><br>      -against-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS; WARDEN KISA SMALLS, NORTH INFIRMARY COMMAND NEW YORK CITY DEPARTMENT OF CORRECTIONS; CITY OF NEW YORK; NEW YORK STATE DIVISION OF PAROLE, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES,<br><br>      Defendants. | No. 20 Civ. 3978 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, United States District Judge:

  Because *pro bono* counsel has already appeared on behalf of Plaintiff Maurice Barnar (*see* Dkt. #25), the Clerk of Court is directed to terminate the motion at docket entry 4.

  SO ORDERED.

Dated: December 21, 2020
     New York, New York

                      */s/ Katherine Polk Failla*
                    KATHERINE POLK FAILLA
                    United States District Judge